## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>Paul Hansmeier,<br><br>    Debtor. | BKY No. 15-42460<br>ADV No. 16-4031 |
| Randall L. Seaver, Trustee,<br><br>    Plaintiff,<br><br>vs.<br><br>Padraigin Browne,<br><br>    Defendant. | **AFFIDAVIT** |

STATE OF MINNESOTA    )
                               ) ss.
COUNTY OF DAKOTA     )

    Matthew D. Swanson, being first duly sworn on oath, deposes and states as follows:

    1.    That your affiant is one of the attorney retained to represent the Chapter 7 Panel Trustee in the above-captioned case and has personal knowledge of the facts contained herein.

    2.    Attached hereto as Exhibit 1 is a true and correct copy of the brokerage account application, and supplemental documents, which appears to have been completed by the debtor Paul Hansmeier.

    3.    Attached hereto as Exhibit 2 is a spreadsheet I created setting forth a timeline of relevant dates relating to the debtor's legal dealings, as well as transfers from the Scottrade Account held in the name of Monyet, LLC. The transfers referenced in the spreadsheet represent the wire transfers authorized by the documents attached to the Affidavit of Randall L. Seaver as Exhibit 11. The references to orders and filings in the *Lightspeed, Ingenuity 13,* and *Navasco* cases were taken from the dockets of those cases, which are referenced in more detail in Exhibit

2. The relevant dates from the *Guava* case were provided by counsel for the defendant in that action. Certain orders referenced in Exhibit 2 are attached to this Affidavit as exhibit, however, due to the length of the dockets I have not attached them, but will provide them if necessary.

4. Attached hereto as Exhibit 3 is a true and correct copy of the email I received from the Debtor's counsel Barbara J. May on February 22, 2016, concerning the supercedeas bond posted in the *Lightspeed* case in the United States District Court for the Southern District of Illinois.

5. Attached hereto as Exhibit 4 is a copy of the Mill Trust Agreement which was filed as an Exhibit to the U.S. Trustee's motion, Document 32-1 in Bky. No. 15-42460.

6. Attached hereto as Exhibit 5 is a copy of the May 6, 2013 decision of Judge Otis Wright in the *Ingenuity 13, LLC* case in the United States District Court for the Central District of Illinois.

7. Attached hereto as Exhibit 6 is a purported copy of the member control agreement for Monyet, LLC, the debtor provided a copy of the agreement and another copy was received from TCF Bank pursuant to a subpoena.

8. Attached hereto as Exhibit 8 is a copy of the August 17, 2015 Minnesota Court of Appeals decision in *Guava, LLC v. Merkel*, 2015 WL 4877851.

FURTHER YOUR AFFIANT SAYETH NOT.

_____
Matthew D. Swanson

Subscribed and sworn to before me
this 13 day of April, 2016.

_____
Notary Public



Jennifer Marie Baker
NOTARY PUBLIC-MINNESOTA
MY COMMISSION EXPIRES 1-31-2017