# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

_____

BKY No. 15-42460

In re:

Paul Hansmeier,

     Debtor.

_____

Randall L. Seaver, Trustee,                                          ADV No. 16-4031

     Plaintiff,

vs.                                                          **STIPULATION TO EXTEND TIME**

Padraigin Browne,

     Defendant.

_____

The Plaintiff agrees to, and hereby does extend the time for the Defendant Padraigin Browne, to file an Answer or otherwise respond to Plaintiff's Complaint under Bankruptcy Rule 7012 through May 4, 2016 and consents to entry of an Order in the form attached hereto. The parties hereto consent to the filing of this stipulation with their electronic signatures.


Dated: April 18, 2016                                           /e/ Matthew D. Swanson
                                                                    Matthew D. Swanson            # 390271
                                                                      Fuller, Seaver, Swanson & Kelsch, P.A.
                                                                      12400 Portland Avenue South, Suite 132
                                                                      Burnsville, MN 55337

                                                                      Attorney for Plaintiff


Dated: April 18, 2016                                            /e/ Dave Burns
                                                                      Dave Burns                                337869
                                                                      Dave Burns Law Office, LLC
                                                                      475 Grain Exchange North
                                                                      301 Fourth Avenue South
                                                                      Minneapolis, Minnesota   55415

                                                                      Attorney for Padraigin Browne

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

BKY No. 15-42460

In re:

Paul Hansmeier,

      Debtor.

---

Randall L. Seaver, Trustee,    ADV No. 16-4031

      Plaintiff,

vs.    **ORDER**

Padraigin Browne,

      Defendant.

---

The time for the defendant Padraigin Browne to file an Answer or otherwise respond to the plaintiff's Complaint under Bankruptcy Rule 7012 is hereby extended through May 4, 2016.

Dated: _____    _____

      Kathleen H. Sanberg
      United States Bankruptcy Judge